**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CASE NO. 6:23-CR-00104-JDK |
| | § | |
| GREGORY CASH CHAPPELL (1) | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**ON REVOCATION OF SUPERVISED RELEASE**

The Court referred a petition alleging violations of supervised release conditions to United States Magistrate Judge K. Nicole Mitchell at Tyler, Texas, for consideration pursuant to applicable laws and orders of this Court. The Court has received and considered the Report and Recommendation of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings, and all available evidence.

At the close of the November 3, 2026 revocation hearing, Defendant and defense counsel signed a standard form waiving the right to object to the proposed findings and recommendations contained in the Magistrate Judge's Report, consenting to revocation of supervised release and consenting to the imposition of the sentence recommended in the Report. Counsel for the government orally waived the right to object to the Report. Defendant also waived the right to be present and speak before the District Judge imposes the recommended sentence. Therefore, the Court may act on the Report and Recommendation immediately.

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the Report of the Magistrate Judge is **ADOPTED**. It is therefore

**ORDERED** that Defendant's plea of true to the portion of Allegation 2 in the petition alleging that Defendant committed the felony offense of Evading Arrest/Detention with Vehicle is **ACCEPTED**. Based upon Defendant's plea of true to the Grade B violation in Allegation 2 of the petition, the Court finds that Defendant violated the conditions of supervised release. It is further

**ORDERED** that Gregory Cash Chappell's supervised release is **REVOKED**. Judgment and commitment will be entered separately, in accordance with the Magistrate Judge's recommendations. It is finally

**ORDERED** that Defendant be committed to the custody of the Bureau of Prisons for a term of imprisonment of 9 months, to run consecutive to the sentence imposed in Cause No. 241-1745-24, with no further term of supervised release.

So **ORDERED** and **SIGNED** this **4th** day of **November, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE